UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PHILLIP STEWART**                                                                                          **PLAINTIFF**
**ADC #151956**

v.                               No. 3:21-cv-00080-DPM-JTR

**BRUCE SANDERS, Major,**
**North Central Unit,** *et al.*                                                                          **DEFENDANTS**

## ORDER

Plaintiff Phillip Stewart's Motion for Copies (*Doc. 11*) is GRANTED IN PART and DENIED IN PART. The Motion is GRANTED to the extent the Clerk is directed to mail him a copy of the docket sheet in this case. Otherwise the Motion is DENIED.

IT IS SO ORDERED this 10th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

1