UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PHILLIP STEWART                                                                    PLAINTIFF

V.                          No. 3:21-CV-80-DPM-JTR

BRUCE SANDERS,
Major, North Central Unit, *et al.*                                          DEFENDANTS

## **ORDER**

Pending before the Court is Defendants' fourth Motion to Extend the dispositive motions deadline. *Doc. 67*. The dispositive motions deadline is currently set for March 15, 2023.[1] *Doc. 66.* Defendants request a one-week extension to that deadline.

Although Plaintiff Phillip Stewart has not yet had the opportunity to respond to Defendants' Motion to Extend Time, the Court finds good cause to grant the Motion. The attorney for Defendants, Brooks White, was not substituted as counsel of record until January 17, 2023. This case has been pending for approximately two years. Thus, Mr. White is requesting a relatively short amount of time to fully familiarize himself with this § 1983 action.

Accordingly, Defendants' fourth Motion to Extend Time (*Doc. 67*) is GRANTED. Dispositive motions are to be filed **on or before March 22, 2023**.

---

[1] Dispositive motions were originally due to be filed on or before November 30, 2022. *Doc. 40*.

SO ORDERED, this 2nd day of March, 2022.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE