UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PHILLIP STEWART                                                                                          PLAINTIFF

V.                                              No. 3:21-CV-80-DPM-JTR

BRUCE SANDERS,
Major, North Central Unit, *et al.*                                                              DEFENDANTS

## ORDER

Defendants' Motion to Stay the Dispositive Motions Deadline (*Doc. 72*) is GRANTED. If Stewart complies with the Court's March 8, 2023 Order (*Doc. 71*) by providing notice of his current mailing address, an Amended Scheduling Order will issue.

SO ORDERED this 9th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE