# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**PHILLIP STEWART**                                                                 **PLAINTIFF**

v.                                    No. 3:21-cv-80-DPM

BRUCE SANDERS, Major, North
Central Unit; CHRISTOPHER
BRANDON, Captain, North Central
Unit; QUINCY VAILE, Corporal,
North Central Unit; DAVID MASON,
Corporal, North Central Unit; CHESTER
POOL, Lieutenant, North Central Unit;
LEVI LANGSTON, Sergeant, North
Central Unit; ALEXANDER DELGATO,
Sergeant, North Central Unit; and KEVIN
WYATT, Corporal, North Central Unit                          **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Stewart hasn't responded to the Court's 8 March 2023 Order with his updated address; and, his time to do so has passed. *Doc. 71.* His mail continues to be returned undelivered. *Doc. 74 & 75.* Stewart's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 April 2023