IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PHILLIP STEWART                                                                    PLAINTIFF

v.                              No. 3:21-cv-80-DPM

BRUCE SANDERS, Major, North
Central Unit; CHRISTOPHER
BRANDON, Captain, North Central
Unit; QUINCY VAILE, Corporal,
North Central Unit; DAVID MASON,
Corporal, North Central Unit; CHESTER
POOL, Lieutenant, North Central Unit;
LEVI LANGSTON, Sergeant, North
Central Unit; ALEXANDER DELGATO,
Sergeant, North Central Unit; and KEVIN
WYATT, Corporal, North Central Unit                          DEFENDANTS

## JUDGMENT

Stewart's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 April 2023