IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PHILLIP STEWART                                                            PLAINTIFF

v.                                    No. 3:21-cv-80-DPM

BRUCE SANDERS, Major, North Central
Unit; CHRISTOPHER BRANDON, Captain,
North Central Unit; QUINCY VAILE, Corporal,
North Central Unit; DAVID MASON,
Corporal, North Central Unit; CHESTER
POOL, Lieutenant, North Central Unit;
LEVI LANGSTON, Sergeant, North
Central Unit; ALEXANDER DELGATO,
Sergeant, North Central Unit; and KEVIN
WYATT, Corporal, North Central Unit                                        DEFENDANTS

ORDER

Stewart's motion for a status update, Doc. 81, is granted. The Court withdrew the reference and dismissed Stewart's complaint without prejudice for failing to update his address with the Clerk nearly four months ago. This case is closed. The Court directs the Clerk to send Stewart a copy of the docket sheet, Doc. 77, and Doc. 78.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge
4 August 2023